Timothy P. Miller (CBN 108480)
TIMOTHY PAUL MILLER
A Professional Law Corporation
5225 Canyon Crest Dr., #71-143
Riverside, CA 92507
Tel.: 951-897-6679

Attorney for Plaintiffs

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| SILVER RIOS, an individual and CHERYL SANDERS, an individual,<br><br>Plaintiffs<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, OCWEN MORTGAGE SERVICING, INC., a U.S. Virgin Islands corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants | CASE NO.: 6:15-bk-22224-SY<br><br>CHAPTER 13<br><br>ADVERSARY NO: 6:17-ap-01108-SY<br><br>**NOTICE TO PARTIES OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

    Plaintiff gave notice of Plaintiffs Emergency Motion as set forth below. The Summons and Complaint have been filed and served, but no responsive pleading has been filed and Plaintiffs are unaware of any counsel representing Defendants in this Adversary Proceeding. However, as a courtesy, Plaintiffs' counsel gave telephonic notice to the law firm listed in the bankruptcy proceeding of Plaintiff, Sanders. Counsel for Plaintiff received the voice mail of Sean Ferry and left a detailed message.

///

///

1. Defendant, Ocwen Loan Servicing, LLC, a Delaware limited liability company: Personal Service to Agent for Service of Process, CSC 2711 Centerville Road, Suite 400 Wilmington, DE 19808.

2. Defendant, Ocwen Financial Corporation, a Florida corporation, Personal Service to Agent for Service of Process, CSC, 1204 Hays Street, Tallahassee, FL 32301.

3. Defendant, Ocwen Mortgage Servicing, Inc., a U.S. Virgin Islands corporation: Personal Service to Agent for Service of Process, CT Corporation System, 818 West Seventh Street, Suite 930, Los Angeles, CA 90017.

4. Courtesy telephonic notice to:

Robertson, Anschutz & Schneid, PL
Phone: (561) 241-6901
Counsel for Deutsche Bank National Trust Company

Dated: 6/7/17

**TIMOTHY PAUL MILLER**
A Professional Law Corporation

Timothy P. Miller
Attorney for Plaintiffs